STATE EX REL. DAMON, Respondent, v. STOKES, et al.,
Appellants.

(181 N. W. 831.)

(File No. 4804.   Opinion filed March 10, 1921.)

**Counties—Division of Counties, Two Disagreeing Petitions For, Both
Propositions Submitted and Voted On—Delayed Appeal,
Futile.**

Where two petitions for division of a county, disagreeing as
to territory sought to be included in a new county, were pre-
sented to county commissioners and submitted by them to a
vote and were thereafter voted on, the circuit court having on
certiorari meanwhile reversed action of the county commis-
sioners and adjudged that there be submitted to vote the
question presented in the first petition, from which judgment
an appeal was taken, but no brief thereon being filed until
after the date of the election, held, that, since a determination
of the questions involved would benefit no one, and appellants'
delay in perfecting appeal and speedily prosecuting same re-
sulted in making the appeal unavailing, Supreme Court will
not do the idle act of determining questions involved in the
appeal, and appeal is dismissed.

Appeal from Circuit Court, Butte County.   Hon. James
McNenny, Judge.

Proceeding by the State of South Dakota, on the relation of
C. M. Damon, against O. O. Stokes and others, as members of
the Board of County Commissioners of Butte County, S. D., to
review on certiorari the action of county commissioners in submit-
ting to a vote of the people two certain petitions for a division
of Butte County.   From a judgment reversing the action of
the County Commissioners and adjudging that there be submitted
to the voters the question of division as prayed for in the first
petition, defendants appeal.   Appeal dismissed.

*Dan McCutchen,* and *Norman T. Mason,* for Appellants.

No counsel for Respondent.

WHITING, J.  Two petitions for the division of Butte
county were presented to the county commissioners of such coun-
ty.   These petitions did not agree as to the territory sought
to be included in a new county, and if the questions of division to
be submitted under each petition should carry at the election, such
attempt at division would be abortive.   Yet the county commis-

sioners directed that both propositions be submitted to the voters of such county at the November, 1920, election. To review such action of the county commissioners a writ of certiorari was sued out in the circuit court. The circuit court reversed the action of the county commissioners and adjudged that there be submitted to the voters the question of division as prayed in the first petition filed. From such judgment of the circuit court this appeal was taken. The judgment of the circuit court appears to have been rendered about August 25, 1920. No appeal was taken until October 7, 1920, and appellants' brief was not filed in this court until November 11, 1920, several days after the date of the election.

It is apparent that a determination of the questions sought to be raised upon this appeal would benefit no one; and, inasmuch as this situation comes through delay of appellants in taking their appeal and pushing same to a speedy determination, this court does not feel called upon to do the idle act of considering and determining the questions presented upon this appeal.

For the reason stated above, the appeal herein is dismissed at appellants' costs.